<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-1561**

———————

TECNICO CORPORATION,

                                                  Petitioner,

        versus

DIRECTOR, OFFICE OF WORKERS' COMPENSATION
PROGRAMS, UNITED STATES DEPARTMENT OF LABOR;
RICHARD G. BELLAN,

                                                  Respondents.

———————

On Petition for Review of an Order of the Benefits Review Board.
(97-961)

———————

Argued: May 1, 2000                    Decided: June 5, 2000

———————

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

**ARGUED:** F. Nash Bilisoly, IV, VANDEVENTER BLACK, L.L.P., Norfolk,
Virginia, for Petitioner. Matthew Westcott Smith, JONES, BLECHMAN,
WOLTZ & KELLY, P.C., Newport News, Virginia; Elizabeth Hopkins,
UNITED STATES DEPARTMENT OF LABOR, Washington, D.C., for Respon-
dents. **ON BRIEF:** Kelly Outten Stokes, VANDEVENTER BLACK, L.L.P.,
Norfolk, Virginia, for Petitioner. Richard B. Donaldson, Jr.,
Kevin W. Grierson, JONES, BLECHMAN, WOLTZ & KELLY, P.C., Newport
News, Virginia, for Respondent Bellan; Marvin Krislov, Deputy
Solicitor for National Operations, Allen H. Feldman, Associate
Solicitor for Special Appellate and Supreme Court Litigation,

UNITED STATES DEPARTMENT OF LABOR, Washington, D.C., for Respondent Director.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

PER CURIAM:

Tecnico Corporation seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of longshore benefits pursuant to 33 U.S.C.A. §§ 901-50 (West 1986 & Supp. 1999). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Tecnico Corporation v. Director, Office of Workers' Compensation Programs, BRB No. 97-961, (B.R.B. Apr. 8, 1998). Our decision renders moot Tecnico's motion to expedite this appeal.

AFFIRMED

2